IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | COURT NO. 4:03CR00061-001 |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| Garnishee-Defendant, | § | |
| and | § | |
| ROCKY DEVURLE SHAW | § | |
| Judgment-Defendant. | § | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Judgment-Defendant, Rocky Devurle Shaw, SSN: XXX-XX-4965, whose last known address is ███████, Dallas, Texas ████, in the above cited action in the amount of $371,202.21. According to the records of the United States District Clerk, Eastern District of Texas, the judgment remains unsatisfied to the extent of the present balance in the amount of $353,107.28 as of June 20, 2014.

Demand for payment of the above-stated debt was made upon the Judgment-Defendant not less than 30 days prior to June 20, 2014 and Judgment-Defendant has failed to satisfy the debt.

The Garnishee-Defendant is believed to owe or will owe money or property to the Judgment-Defendant, or is in possession of property of the Judgment-Defendant, and said property is a nonexempt interest of the Judgment-Defendant, including but not limited to, property held in the name of his spouse, Phyllis Shaw, and property for which Judgment-Defendant has signatory authority. The name and address of the Garnishee-Defendant or their authorized agent is:

>JPMorgan Chase Bank, N.A.
>Attention: C T Corporation System
>1999 Bryan St., Ste. 900
>Dallas, TX 75201

The United States requests that the United States Marshal Service be ordered to personally serve the garnishee-defendant, the judgment-defendant and his spouse.

>Respectfully submitted,
>
>JOHN M. BALES
>UNITED STATES ATTORNEY
>
>*/s/ Robert A. Wells /s/*
>Robert Austin Wells
>Assistant U.S. Attorney
>State Bar No. 24033327
>110 N. College, Suite 700
>Tyler, Texas 75702
>Tel: (903) 590-1400
>Fax: (903) 590-1437
>Email: robert.wells3@usdoj.gov