IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>v<br><br>JPMORGAN CHASE BANK, N.A.<br>　　　Garnishee-Defendant,<br>and<br><br>ROCKY DEVURLE SHAW<br>　　　Judgment-Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 4:03-CR00061-001 |

## JPMORGAN CHASE BANK, N.A.'S ORIGINAL ANSWER
## TO WRIT OF GARNISHMENT

JPMorgan Chase Bank, N.A., Garnishee in the above-captioned cause, files this Original Answer to the Writ of Garnishment issued on September 8, 2014, and would respectfully show the Court as follows:

1.　The Writ was served upon Garnishee on September 23, 2014, via its registered agent, CT Corporation System, Dallas, Texas.

2.　At the time the Writ was served on it, Garnishee did not have possession, custody or control of any property in which Defendant and/or his spouse has an interest.

3.　Garnishee does not anticipate owing any debt to Defendant in the future.

4.　WHEREFORE, JPMorgan Chase Bank holds zero dollars ($0.00), pending the disposition of this cause, and respectfully requests that, on final hearing of this cause, the following relief:

(i)　That all claims to such sums be determined and adjudicated, and that Garnishee be discharged from all liability to Plaintiff and Defendant respecting this fund.

---

**JPMORGAN CHASE BANK N.A.'S ORIGINAL ANSWER TO WRIT OF GARNISHMENT　　Page 1**

(ii) Such other and further relief, general or special, at law or equity, to which Garnishee may show itself justly entitled.

Respectfully submitted,

_____
Truman E. Spring, Jr.
Texas Bar No. 18966550
SPRING LAW FIRM
1412 Main Street, Suite 750
The Adolphus Tower
Dallas, Texas 75202
(214) 752-3113
(214) 752-3434 Facsimile
tspring@springlawfirm.com

ATTORNEY FOR JPMORGAN CHASE BANK, N.A.

## CERTIFICATE OF INTERESTED PERSONS

Garnishee adopts the Certificate of Interested Persons filed herein by the United States of America.

_____
Truman E. Spring, Jr.

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF BEXAR §

My name is Norma Sanchez. I am an authorized representative for JPMorgan Chase Bank, N.A., herein named Garnishee. I have read the foregoing Original Answer to Writ of Garnishment as such representative of the Bank. Based upon the Bank's records concerning this matter, I have personal knowledge of all factual statements therein contained, and such statements are true and correct.

_____
Norma Sanchez, Authorized Representative
JPMorgan Chase Bank, N.A.

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, on this the ____ day of October, 2014, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

ADRIANNA ARREDONDO
Notary Public, State of Texas
My Commission Expires
February 24, 2015

## CERTIFICATE OF SERVICE

I certify that on October 3, 2014, I served a true and correct copy of the foregoing pleading upon the following counsel and party of record:

Robert A. Wells
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
<u>Via telephonic document transfer to (903) 590-1437</u>

Rocky Devurle Shaw
4321 Cobblers Lane
Dallas, Texas 75287

_____
Truman E. Spring, Jr.