# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | 4:03CR00061-001 |
| ROCKY DEVURLE SHAW,<br>Defendant. | §<br>§<br>§ | |

## DECLARATION OF RICHARD J. LAURIA, INVESTIGATOR

My name is Richard J. Lauria. I am over eighteen years of age, of sound mind, and am fully competent to make this declaration. I make the following declaration in accordance with 28 U.S.C. § 1746. I make this declaration based on my personal knowledge and on information available to me in my official capacity.

"I was the Senior Civil Investigator in the Financial Litigation Unit of the United States Attorney's Office in the Eastern District of Texas from March of 2014 to mid-October of 2014. I was responsible for the field investigation in the above styled cause of action and had custody of the records in the office pertaining to it.

"On June 10, 2014, between the hours of 07:00 a.m. – 12:30 p.m., I conducted surveillance at the residence of subject Rocky Devurle Shaw. He resides at 4321 Cobblers Lane Dallas Texas. 75287. The residence is located in an upper middle class section of Dallas. Records indicate that the property is owned by Samadian Family Limited Partnership and the rent is $2,610.00 per month.

"At the time of my arrival, there were 5 vehicles parked in the driveway of the residence:

1. Silver BMW sedan, TX Registration BGH-0447
2. Light blue Toyota Tundra, un-registered
3. Black BMW Sedan, un-registered
4. Black BMW SUV, un-registered
5. Silver Mercedes SUV, un-registered

Vehicles 2 through 5 all had untitled temporary tags from Marshall Motors, 11450 Sprowles St., Dallas, Texas.

"On June 10, 2014, I conducted a surveillance of the above address. The location is in an industrial section of Dallas and houses a small vehicle repair and auto sales business which caters to the repair and sale of used luxury vehicles.

"On June 11, 2014, between the hours of 10:45 a.m. - 1:30 p.m., I conducted additional surveillance of 4321 Cobblers Lane, Dallas, Texas. At the time of my arrival, all five of the vehicles noted on the previous day were still at the location.

"On July 17, 2014, at 11:15 a.m., I conducted a surveillance at subject Rocky D. Shaw's residence at 4321 Cobblers Lane, Dallas, Texas 75287. At the time of the surveillance, three (3) vehicles were noted in the driveway of subject's residence:

1. Silver BMW sedan 300 series bearing Texas Registration BGH-0477 - from previous DMV checks, it was learned this vehicle was registered to a Ms. Nena Harrison;
2. Silver/gray BMW X5 SUV;
3. Blue Toyota Tundra.

Vehicles 2 and 3 had untitled Texas temporary dealer plates from Marshall Motors located at 11450 Sprowles Street, Dallas, Texas 75229.

"On July 17, 2014, from 3:12 PM to 3:57 PM Senior Civil Investigator (SCI) Richard J. Lauria interviewed Thom Marshall, owner of Marshall Motors, 11450

Sprowles Street Dallas, Texas 75229. The subject matter of the interview was the relationship between Mr. Marshall, his business, and Rocky Shaw.

"Mr. Marshall stated that he has known Rocky Shaw for the past seven (7) to eight (8) years and that their relationship is purely business. He stated he first met Shaw when Shaw came into Marshall Motors to have a vehicle repaired. Because Shaw was a regular customer, Mr. Marshall and subject were on a first name basis. Shaw would occasionally share additional information with Marshall. Mr. Marshall stated that, on one occasion, Shaw approached him and stated that his son Reed (Reed Dayne Shaw) wanted to buy and sell high-end automobiles and wanted to know if Marshall would take him (Rocky Shaw) to the Dallas Auto Action House to purchase vehicles at the wholesale price. To attend such an auction, one must have a valid dealer's license.

"Mr. Marshall agreed to help Shaw. On one occasion, he took Shaw to the auto auction at which Shaw purchased four vehicles: two BMW Sedans 300 series, one BMW X5 SUV, and one Mercedes-Benz 320 SUV. Mr. Marshall could not recall the exact date of the purchase and stated it was about two years ago. He also could not recall if Shaw paid for the vehicles at that time or if Marshall paid for them and was later reimbursed by Shaw.

"I asked Marshall why Shaw was still operating the vehicles with his company's temporary TX dealer tags after two years. Mr. Marshall stated 'I told him to register those vehicles and I don't know why he hasn't sold them yet.' Mr. Marshall explained that he even took a couple of his company's temporary tags off the vehicles when Shaw

brought them in for service or repairs. Mr. Marshall told me that he has only been to Shaw's residence to deliver vehicles, but he has never been inside the residence.

"Because the BMW Sedan bearing TX registration BGH-0477 parked at Shaw's residence was registered to Ms. Nena Harrison, I asked Mr. Marshall if he knew her. He indicated that he did, and that she was a regular customer of his. He then went on to state that he introduced Ms. Harrison to Rocky Shaw because Ms. Harrison came into his dealership wanting to buy a BMW. Since Marshall had recently gone to the auto auction with Shaw, he knew Shaw had two BMW sedans. He indicated that Ms. Harrison purchased a BMW from Shaw. However, Shaw had to repossess it because Ms. Harrison failed to keep up with payments.

"I asked Mr. Marshall if he knew where Shaw worked. He indicated that Shaw worked in the environmental industry but Marshall could not elaborate where or what Shaw's job was.

"Mr. Marshall was also asked why a Toyota Tundra that I had observed parked in Shaw's driveway on several different occasions had Marshall Motors temporary TX dealer tags. Mr. Marshall stated that he did not know why the Tundra would have his tags because he did not sell that vehicle to Shaw. The Toyota Tundra was found to be registered in Reed Dayne Shaw's name.

"I asked Mr. Marshall about who he would deal with as to the as to the buying, selling, and repairing of vehicles. Marshall indicated that all transactions including financial were carried out by Rocky Shaw and that he did not have any dealings with Reed Dayne Shaw.

"During the course of the interview, Mr. Marshall was shown driver's license photos of Rocky Devurle Shaw, Reed Dayne Shaw and Nena Harrison. He positively identified each person by name based on each photograph.

"On September 17, 2014, I conducted drive-by surveillance of Shaw's residence at 4321 Cobblers Lane, Dallas, Texas. The purpose of the drive-by was to determine if the vehicles were still at his residence. The following vehicles were parked in Shaw's driveway:

1. Silver BMW sedan, TX Registration BGH-0447
2. Light blue Toyota Tundra, un-registered
3. Black BMW Sedan, un-registered
4. Black BMW SUV, un-registered

"On September 25, 2014, I conducted drive-by surveillance of Shaw's residence at 4321 Cobblers Lane Dallas, Texas. The purpose of the drive-by was to determine if the vehicles were still at his residence. The following vehicles were parked in Shaw's driveway:

1. Silver BMW sedan, TX Registration BGH-0447
2. Light blue Toyota Tundra, un-registered
3. Black BMW Sedan, un-registered
4. Black BMW SUV, un-registered

"On October 1, 2014, I conducted drive-by surveillance of Shaw's residence at 4321 Cobblers Lane, Dallas, Texas. The purpose of the drive-by was to determine if the vehicles were still at Shaw's residence prior to seizure by the U.S. Marshal Service scheduled for Friday, October 3, 2014. The same vehicles were present as the previous drive-by.

"Upon arrival to Shaw's residence on October 3, 2014, the Deputy U.S. Marshal attempted to serve subpoenas on subject Rocky Shaw, his wife Phyllis Shaw and his son Reed Dayne Shaw. After ringing the doorbell and knocking on the front door, Deputy U.S. Marshal Paul Denton peered through the front door glass side panels and saw Rocky Shaw hiding in the residence. After several minutes, Rocky Shaw opened the door and identified himself as Rocky Shaw. His spouse, Phyllis Shaw, and son, Reed Dayne Shaw, and granddaughter (a minor), were also in the residence. Photographs of the interior of Shaw's residence were taken. An inspection of the garage established that there were no other vehicles on the property. Rocky Shaw, Phyllis Shaw, and Reed Dayne Shaw were served with a Subpoena Duces Tecum along with the Writ of Execution package for the vehicles. The subpoena served notice of their future appearance for depositions on November 5, 2014 at the U.S. Attorney's Office in Plano, Texas and their production of documents by October 17, 2014. At this time, three vehicles were towed from the residence."

"I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct."

Executed on October 31, 2014.

_____
RICHARD J. LAURIA
Former Sr. Civil Investigator
United States Attorney's Office
Eastern District of Texas
Financial Litigation Unit