# EXHIBIT B

# Audio Recording of Voicemail left by Gralen Harrison with USAO-EDTX on 10/20/14 (CD provided to chambers)