# EXHIBIT C

Vehicle Purchases Made by Rockie Shaw (100775487) On Behalf of Any Dealer Through All Manheim Auctions Nationwide
January 1, 2009 Through August 11, 2014

| Record Type | Auction Name | Date Unit Sold | Sales Channel | VIN | Model Year | Make | Model | Mileage | Sales Price | How Paid Code | Buyer Name | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | Manheim Dallas | 20091118 | LNE | 5UXFA13575LY21587 | 2005 | B M W | X SERIES | 48099 | 18700 | X | MARSHALL MOTORS INC | 100775487 | HOPPER MOTORPLEX INC |
| Purchase | Manheim Dallas | 20091111 | LNE | WBABD33455PL06250 | 2005 | B M W | 3 SERIES | 79913 | 13200 | X | MARSHALL MOTORS INC | 100775487 | HOPPER MOTORPLEX INC |
| Purchase | Manheim Dallas | 20091111 | LNE | WBAEV33414KR34683 | 2004 | B M W | 3 SERIES | 79347 | 11500 | X | MARSHALL MOTORS INC | 100775487 | COTRONEO AUTO GROUP |

MANHEIM DALLAS 0085

# TEXAS CERTIFICATE OF TITLE

46-8-63

VEHICLE TITLES AND REGISTRATION DIVISION
88411238

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 5UXFA13575LY21587 | 2005 | BMW | LL |

| | TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|---|
| | 04325039781154840 | 12/08/2008 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| BX5 | | 4800 | MMP397 |

PREVIOUS OWNER
CLASSIC BMW PLANO TX

ODOMETER READING
37849

OWNER
CHARLES R NUNEMAKER
1520 FARINGDON DRIVE
PLANO, TX 75075

REMARK(S)
ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER |
|---|---|
| 11/08/2008 | BANK OF AMERICA NA<br>P O BOX 2759<br>JACKSONVILLE, FL 32203-2759 |

1ST LIEN RELEASED  8/17/05
BY [signature] AUTHORIZED AGENT

| DATE OF LIEN | 2ND LIENHOLDER |
|---|---|
| | |

2ND LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

| DATE OF LIEN | 3RD LIENHOLDER |
|---|---|
| | |

3RD LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____

FORM 30-C REV. 12/2007   DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

**SELLER:** When vehicle is sold, complete the Assignment of Title (below), including Date of Sale, and provide the title to the purchaser, along with the current license receipt. You must also provide a signed Application for Texas Certificate of Title (Form 130-U), with the sales price completed.
**PURCHASER:** The completed Form 130-U and title must be filed with the county tax assessor-collector within 20 working days to avoid penalty.

▶ FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

- Name of Purchaser: **EWING AUTOHAUS**
- Street: 4464 W. PLANO PKWY.
- City: PLANO
- State: TX
- Zip: 75093
- Odometer Reading (No Tenths): 47,862
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.
- Date of Sale: 11-6-09
- Signature of Seller/Agent: [signature]
- Printed Name: Charles R. Nunemaker
- Signature of Buyer/Agent: Stefanie R. Knox
- Printed Name: Stefanie R. Knox

## FIRST REASSIGNMENT — DEALER ONLY

- Name of Purchaser: Hopper Motorplex, Inc
- Street: 900 N. CENTRAL EXPWY
- City: McKINNEY
- State: TX
- Zip: 75070
- Odometer Reading: 48,073
- Date of Sale: 1-9-09
- Dealer's Name: EWING AUTOHAUS
- Dealer No.: P101899
- Agent's Signature: Stefanie R. Knox
- Printed Name: Stefanie R. Knox
- Signature of Buyer/Agent: [signature]

## SECOND REASSIGNMENT — DEALER ONLY

- Name of Purchaser: Marshall Motors Inc
- Street: 11450 Sprewtes
- City: Dallas
- State: TX
- Zip: 75225
- Odometer Reading: 48,079
- Date of Sale: 1-18-09
- Dealer's Name: HOPPER MOTORPLEX INC
- Dealer No.: 73678
- Agent's Signature: [signature]
- Signature of Buyer/Agent: Thomas Marshall
- Printed Name: Thomas Marshall

## THIRD REASSIGNMENT — DEALER ONLY

- Name of Purchaser: 
- Odometer Reading: 83,484
- Date of Sale: 
- Dealer's Name: Marshall Motors
- Dealer No.: 736732
- Agent's Signature: Thomas Marshall
- Printed Name: Thomas Marshall

**LIEN:** LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS):