## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | COURT NO. 4:03CR00061-001 |
| | § | |
| FIRST CONVENIENCE BANK, | § | |
| A DIVISION OF FIRST NATIONAL | § | |
| BANK TEXAS, | § | |
| Garnishee-Defendant, | § | |
| and | § | |
| ROCKY DEVURLE SHAW, | § | |
| A/K/A ROCKIE DEVURLE SHAW, | § | |
| Judgment-Defendant. | § | |

## FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action formally known as 4:03CR00061-001.

Pursuant to the Writ of Continuing Garnishment issued on or about September 8, 2014, a cumulative total of $917.52 has been withheld from the judgment-defendant and applied to the restitution debt.

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with 28 U.S.C. § 3205(c)(9)(B). Instructions for electronic filing may be obtained by telephoning the United States District Clerk at: (903) 892-2921. Instructions

are also available at www.txed.uscourts.gov. If you do object, you must state your grounds for objection and send the written objection to the United States District Court, 101 E. Pecan, Rm 216, Sherman, Texas 75090, and the United States Attorney's Office, Financial Litigation Unit, 110 North College, Suite 700, Tyler, Texas 75702.

    Respectfully submitted,

    JOHN M. BALES
    UNITED STATES ATTORNEY

    */s/ Robert Austin Wells /s/*
    Robert Austin Wells
    Assistant U.S. Attorney
    State Bar No. 24033327
    110 N. College, Suite 700
    Tyler, Texas 75702
    Tel: (903) 590-1400
    Fax: (903) 590-1437
    Email: robert.wells3@usdoj.gov

# CERTIFICATE OF SERVICE

      I certify that on the 4th day of March, 2015, copies of the foregoing Final Accounting Upon Termination of Garnishment was mailed via the United States Postal Service, First Class Mail, to the garnishee-defendant, judgment-defendant and his spouse as follows:

      Rocky Devurle Shaw
      ███████████
      Dallas, TX ███
      JUDGMENT-DEFENDANT

      Phyllis Shaw
      ███████████
      Dallas, TX ███
      SPOUSE OF JUDGMENT-DEFENDANT

      First Convenience Bank
      Attn: Kent Bratcher
      SMITH & BRATCHER, P.C.
      P O Box 21473
      Waco, TX 75270
      GARNISHEE-DEFENDANT

                                      */s/ Robert A. Wells /s/*
                                    Robert A. Wells
                                    Assistant U.S. Attorney