U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 4:03CR00061-001 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Rocky Devurle Shaw, a/k/a Rockie Devurle Shaw | Writ of Execution-see below |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
USMS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FILED
EASTERN DISTRICT COURT
APR 09 2015
DAVID J. MALAND, CLERK
DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office, Attn: Robert A. Wells, AUSA
110 North College Ave., Ste. 700
Tyler, TX 75702
Phone: 903-590-1400

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                               Fold

Please file the Notice of Levy regarding the Writ of Execution in the above-referenced case.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 903-590-1400 | 4/8/15 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 78 | District to Serve No. 78 | Signature of Authorized USMS Deputy or Clerk | Date 4/8/2015 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

| Date 4/8/2015 | Time 10:30 | ☒ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | 0 | $0.00 |

REMARKS:

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 4:03CR00061-001 |
| | § | |
| ROCKY DEVURLE SHAW, | § | |
| Defendant. | § | |

## NOTICE OF LEVY

TO THE ABOVE-NAMED DEFENDANT AND ALL OTHER PERSONS INTERESTED:

TAKE NOTICE that on the __3rd__ day of __October__, 2014, by virtue of an Execution issued out of the above-named court in the above-entitled action on the __3rd__ day of __October__, 2014, I have levied upon the following described property located in the County of __Collin__, State of Texas, and all the right, title, and interest of said defendant(s) therein, to wit:

a. Motor Vehicle – 2001 Mercedes ML 320, VIN: 4JGAB54EX1A282592

b. Motor Vehicle – 2005 BMWT X5, VIN: 5UXFA13575LY21587

c. Motor Vehicle – 2005 BMW 5CI, VIN: WBABD33455PL06250

THAT THE PARTIES to said action are the United States of America, plaintiff, and Rocky Devurle Shaw, defendant; and that the amount of plaintiff's claim and demand, as stated in the said Application for Writ of Execution, is the principal sum of $353,107.28.

> ROBERT HOBBS
> UNITED STATES MARSHAL
> EASTERN DISTRICT OF TEXAS
>
> BY: _____
> Deputy United States Marshal